ACCEPTED
05-25-00477-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
8/22/2025 10:13 AM
RUBEN MORIN
CLERK

**TO THE**
**COURT OF APPEALS**
**FIFTH DISTRICT OF TEXAS**
**AT DALLAS**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

8/22/2025 10:13:18 AM

Ruben Morin
Clerk

| | | |
|---|---|---|
| **RODERICK DEWAYNE MORRIS,** | § | |
| **Appellant** | § | |
| | § | **NO. 05-25-00477-CR** |
| **V.** | § | |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| **Appellee** | § | |

**APPELLANT'S MOTION TO EXTEND**
**TIME TO FILE BRIEF**

COMES NOW RODERICK DEWAYNE MORRIS, moving the court to extend the time to file his appellate brief, and would show in support as follows:

1. The deadline to file the brief is August 25, 2025.

2. An extension of thirty days is requested.

3. No previous extensions have been granted.

4. This extension is requested because counsel has been out of the office for most of the last two weeks. When he began reviewing the record he found numerous significant and even unique legal issues which cannot be properly researched and briefed in the time remaining to file his brief.

1

WHEREFORE, request is made that this Court extend the time to file Brief of Appellant to and including September 24, 2025.

Respectfully submitted,

  /s/ Robert T. Baskett
ROBERT T. BASKETT
SBN 01871000
12801 N. Central Expy., Suite 1400
Dallas, Texas 75243
(O) 214-965-0090
(F) 214-965-0097
(e) rtblaw@swbell.net

APPOINTED COUNSEL ON APPEAL

**CERTIFICATE OF SERVICE**

I hereby certify a true and correct copy hereof was served via Texas E-file on the Dallas County District Attorney Appellate Division, 133 N. Riverfront, Dallas, Texas, 75207, this the 22nd day of August, 2025.

/s/ Robert T. Baskett
ROBERT T. BASKETT

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Robert Baskett on behalf of Robert Thomas Baskett
Bar No. 1871000
rtblaw@swbell.net
Envelope ID: 104720818
Filing Code Description: Motion
Filing Description: Appellant's Motion to Extend Time to File Brief
Status as of 8/22/2025 10:26 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert TBaskett | | rtblaw@swbell.net | 8/22/2025 10:13:18 AM | SENT |
| Dallas DA Appellate  Section | | dcdaappeals@dallascounty.org | 8/22/2025 10:13:18 AM | SENT |